■ JAMES P. GREGORY, Petitioner, v CITY OF WATERTOWN et al., Respondents.—Determination unanimously annulled, on the law, without costs, and matter remitted to respondents for a new hearing, in accordance with same memorandum as in *Montrois v City of Watertown* (115 AD2d 298). (Article 78 proceeding transferred by order of Supreme Court, Jefferson County, Grow, J.) Present—Callahan, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.